IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-cv-00477-FL

| | |
|---|---|
| JAMES MARCELL MITCHELL, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER GRANTING APPLICATION |
| CAROLYN W. COLVIN, | ) FOR ATTORNEY FEES UNDER THE |
| Acting Commissioner of | ) EQUAL ACCESS TO JUSTICE ACT |
| Social Security, | ) |
| Defendant. | ) |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff the sum of $4,024.70 in attorney's fees made payable to Plaintiff, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

So ordered this __22nd__ day of _____December__, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge